IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALINE NATAZHA MAVAEGA and ESAU MALELE FUALEMA, Jr.,<br><br>Defendants. | No. 3:23-cr-00083-SLG-KFR |

## ORDER

The Unopposed Motion for Speedy Trial Act Findings at Docket 48 is GRANTED. Upon due consideration, the Court concludes that the ends of justice served by previously-ordered continuance from June 18, 2024 to September 13, 2024, outweigh the best interests of the public and the defendants in a speedy trial, in light of the factors set forth in 18 U.S.C. § 3161(h)(7)(B), including the need of the defendant Esau Fualema to prepare for trial and to avoid a miscarriage of justice. The Court further finds that this is a reasonable period as regards defendant Rosaline Mavaega, who remains joined for trial. Accordingly, the period from June 18, 2024 to September 13, 2024 is EXCLUDED from the Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(6) and (7)(A).

IT IS SO ORDERED.

DATED this 24th day of May, 2024, at Anchorage, Alaska.

/s/ Sharon L. Gleason
HON. SHARON L. GLEASON
CHIEF U.S. DISTRICT JUDGE